# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO PROVENCIO GOMEZ, | No. CV 05-5349-VAP(CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| WARDEN EVANS, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's second motion to dismiss (docket no. 23, filed August 16, 2007) be granted; and (3) that judgment be entered dismissing the petition, with prejudice, as time-barred.

1    **IT IS FURTHER ORDERED** that this order and the judgment herein be
2 served on the parties.

4 DATED:   July 23, 2010

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
United States District Judge