**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICARDO PROVENCIO GOMEZ, | ) | No. CV 05-5349-VAP(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN EVANS, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: July 23, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge